UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV12-01627-JFW (MLG) | Date | March 5, 2013 |
|---|---|---|---|
| Title | David Turley v. Rod Hoops, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge |
|---|---|
| Terri Steele | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     In Chambers: Order to Show Cause

The first amended complaint was filed on December 4, 2012. The Court issued summonses to Plaintiff on December 14, 2012, so that Plaintiff could effect service upon Defendants in conformity with Fed.R.Civ.P. 4(i) through the United States Marshal. As of this date, the service packets have not been sent to the Marshal for execution.

IT IS ORDERED that on or before March 26, 2013, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to take affirmative steps to serve Defendants. If Plaintiff fails to respond to this order within the time specified or fails to demonstrate good cause for the failure to take any steps to effect service, he will be deemed to consent to a dismissal of the action.

                                                                            :
                                                Initials of Clerk    ts